JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–6370. RAITPORT *v.* IBM ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 86–5982. FALCON *v.* UNITED STATES, 479 U. S. 1094;

No. 86–5989. WILSON *v.* DENTON ET AL., 479 U. S. 1095;

No. 86–6078. LEAL *v.* DAHLBERG, SUPERINTENDENT, OHIO STATE REFORMATORY, 479 U. S. 1097; and

No. 86–6119. JONES *v.* HOWARD ET AL., 479 U. S. 1099. Petitions for rehearing denied.

No. 86–6074. GORMONG *v.* CLEVELAND ELECTRIC COMPANY OF GEORGIA, INC., 479 U. S. 1103. Petition for rehearing denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.